# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN N. BOYD, | ) |
| Plaintiff, | ) Civil Action No. 10-01460 |
| vs. | ) |
| | ) Hon. Chief Judge Gary L. Lancaster |
| FEDERATED INVESTORS, INC., | ) |
| Defendant. | ) |

## PROTECTIVE ORDER

Pursuant to the agreement of counsel for the parties, the Court hereby enters a Protective Order consistent with the terms of the signed Confidentiality Stipulation filed with the Court on February 15, 2011. Specifically, the Court hereby orders that any disclosure of attorney-client privilege or work-product information does not constitute a waiver and none of the produced information will be used as evidence to support a claim of waiver in this action or in any other federal court, state court, or arbitration proceeding even if such proceeding does not involve parties or counsel in this action.

Dated: February 22, 2011          s/ Gary L. Lancaster
                                  Hon. Gary L. Lancaster,
                                  Chief United States District Judge