**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SUSAN N. BOYD,                          )
                                        )
      Plaintiff,                    )  Civil Action No. 10-01460
                                        )
vs.                                     )
                                        )  Hon. Chief Judge Gary L. Lancaster
FEDERATED INVESTORS, INC.,              )
                                        )
      Defendant.                    )

## ORDER OF COURT

      Pursuant to the agreement of counsel for the parties in their Stipulation to Modify the

Court's January 28, 2011 Order, the Court hereby allows Defendant's counsel to serve any

discovery requests on Plaintiff that are arising from or related to Plaintiff's May 3, 2011

deposition on or before May 6, 2011 and Plaintiff's counsel agrees to respond to any such

discovery requests on or before June 1, 2011.

                                           BY THE COURT:

Dated: _APRIL 1, 2011_

                                         United States District Judge