# Exhibit A



| | INVOICE NO. | P54343 |
|---|---|---|

Federal Employer
Identification No. 25-1419287

**Bill To**

Buchanan Ingersoll & Rooney
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, Pennsylvania 15219
ATTN: Jamie Tuite, Esquire

5/31/2011

| Serviced | Description | Amount |
|---|---|---|
| | In Re: Susan N. Boyd vs. Federated Investors | |
| 5/17/2011 | To Attendance of Reporter | 20.00 |
| | To Transcript, Deposition of Dana Freund Original | 71.30 |
| | To Certified Transcript, Deposition of Cynthia Lynn Dusi | 146.25 |
| | To Certified Transcript, Deposition of Gina Jacobs | 164.25 |
| | To Certified Transcript, Deposition of Patrick Duffin | 56.25 |
| | To Certified Transcript, Deposition of Mary Ann Smith | 56.25 |
| | To Photostats | 35.70 |
| Reporter:R.Kelly | Total | $550.00 |

Pay online at: https://ipn.intuit.com/nr2n62j

Eugene C. Forcier
President

MGHPittsburgh@aol.com
www.mghpittsburgh.com

Morse, Gantverg & Hodge, Inc.
One Bigelow Square, Suite 719, Pittsburgh, PA 15219
412/281-0189  Fax 412/281-4826  800-966-4157

Erie - 814/833-1799   Johnstown - 814/539-8811
New Castle - 724/656-1002

Real-Time: Summation, CaseView, LiveNote
ASCII: Summation, Amicus ZX, MS-Word
Condensed - Word Index

Depositions
Arbitrations
Legal Videotaping
Patent Hearings
Meetings

Members: N.C.R.A.
P.C.R.A.

# INVOICE

|  |  |  |
|---|---|---|
| **Invoice No.** | **Invoice Date** | **Job No.** |
| 234690 | 5/23/2011 | 122578 |
| **Job Date** | **Case No.** | |
| 5/3/2011 |  | |
| **Case Name** | | |
| BOYD VS. FEDERATED INVESTORS | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**AKF**
Court Reporting & Trial Technologies
436 Boulevard of the Allies
Pittsburgh, PA 15219
P: 412-261-2323
F: 412-261-2537
www.akf.com

Tuite, Esq., Jaime
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA 15219

---

ORIGINAL TRANSCRIPT OF:
    SUSAN BOYD, VOL I                                                   208.00 Pages         655.20
        Full Day Attendance Fee                                                   80.00
        VIDEO CHARGES                                                            500.00
        Courier                                                                                      3.00

                                                                                          **TOTAL DUE >>>**        **$1,238.20**

VIDEO CHARGES:
TECH & EQUIPMENT FEE: $ 360.00
ADDITIONAL HOURS: $ 120.00
TAPE QUANTITY: $ 20.00
TRAVEL TIME:
MILEAGE:
PARKING:

---

**Tax ID:** 25-1368597                                         Phone: 412-562-8800   Fax: 412-562-1041

*Please detach bottom portion and return with payment.*

Tuite, Esq., Jaime
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA 15219

Invoice No.     :   234690
Invoice Date   :   5/23/2011
**Total Due**      :   **$1,238.20**

Job No.       :   122578
BU ID         :   1-AKF
Case No.      :
Case Name   :   BOYD VS. FEDERATED INVESTORS

Remit To:   AKF Reporters, Inc.
              436 Boulevard of the Allies
              Pittsburgh, PA 15219

# INVOICE

**AKF Court Reporting & Trial Technologies**
436 Boulevard of the Allies
Pittsburgh, PA 15219
P: 412-261-2323
F: 412-261-2537
www.akf.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 234881 | 6/7/2011 | 122620 |

| Job Date | Case No. |
|---|---|
| 5/11/2011 | |

| Case Name |
|---|
| BOYD VS. FEDERATED INVESTORS |

| Payment Terms |
|---|
| Due upon receipt |

Tuite, Esq., Jaime
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA 15219

ORIGINAL TRANSCRIPT OF:
    SUSAN BOYD, VOL II         305.00 Pages     960.75
        Full Day Attendance Fee     80.00
        VIDEO CHARGES     600.00
        Courier     3.00

**TOTAL DUE >>>     $1,643.75**

VIDEO CHARGES:
TECH & EQUIPMENT FEE: $ 360.00
ADDITIONAL HOURS: $ 210.00
TAPE QUANTITY: $ 30.00
TRAVEL TIME:
MILEAGE:
PARKING:

Tax ID: 25-1368597     Phone: 412-562-8800   Fax: 412-562-1041

*Please detach bottom portion and return with payment.*

---

Tuite, Esq., Jaime
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA 15219

Invoice No.   : 234881
Invoice Date  : 6/7/2011
**Total Due   : $1,643.75**

Job No.   : 122620
BU ID    : 1-AKF
Case No.  :
Case Name : BOYD VS. FEDERATED INVESTORS

Remit To:  AKF Reporters, Inc.
           436 Boulevard of the Allies
           Pittsburgh, PA 15219