IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN N. BOYD, | ) |
|            Plaintiff, | ) |
| | ) |
|    v. | ) Civil Action No. 10-1460 |
| | ) |
| FEDERATED INVESTORS, INC., | ) |
|            Defendant. | ) |

ORDER

Upon review of Defendant's Bill of Costs [Doc. No. 65], defendant's supplement thereto [Doc. No. 66], and Plaintiff's Opposition to Defendant's Bill of Costs [Doc. No. 67], it is clear that defendant, as the prevailing party, is entitled to costs under Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920.

Non-itemized costs of duplicating, however, are not taxable costs. See Krouse v. American Sterilizer Co., 928 F. Supp. 543, 546 (W.D.Pa. 1996) (upholding Clerk's determination that copying costs are "normal office expenses and the costs of litigating."). Accordingly, the $2,616.91 in costs of duplicating identified in Defendant's Bill of Costs will be deducted, leaving $3,431.95 in taxable deposition expenses.

AND NOW, this _17_ day of February, 2012, IT IS HEREBY ORDERED that defendant is entitled to recover costs in the amount of $3,431.95, which are included in the Judgment entered in this case.

BY THE COURT,

_____, C.J.

cc:  All Counsel of Record